## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., ARISTA RECORDS LLC, BMG RECORDINGS, INC., SONY BMG MUSIC ENTERTAINMENT,

   Plaintiffs,

v.

GEORGE FOOTE,

   Defendants.

Civil No. 06-2370 (JRT/RLE)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

  Felicia J. Boyd, Kara L. Benson, and Laura G. Coates, **FAEGRE & BENSON LLP**, 90 South Seventh Street, Suite 2200, Minneapolis, Minnesota 55402, for plaintiffs.


  Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

    The plaintiff's Complaint is dismissed, without prejudice, for failure to comply with the terms of our Order of October 25, 2006, and for lack of prosecution.


DATED: December 22, 2006　　　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota.　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge